THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Frederick T.
 McKnight, as Personal Representative of the Estate of Brooks Leon Thomas, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Jose Chavez,
 M.D., Respondent.
 
 
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2011-UP-103
 Submitted February 1, 2011  Filed March
15, 2011    

AFFIRMED

 
 
 
 J. Edward Bell, III, and C. Carter
 Elliott, Jr., both of Georgetown, for Appellant.
 Julius W. McKay, II, and Cynthia K. Mason,
 both of Columbia, for Respondent.
 
 
 

PER CURIAM:  Frederick
 T. McKnight, as the personal representative of the estate of Brooks Leon
 Thomas, appeals the order of the circuit court granting summary judgment in
 favor of Dr. Jose Chavez.  McKnight argues the circuit court erred in (1)
 holding no duty of care existed as a matter of law; (2) holding no proximate causation
 existed as a matter of law; and (3) failing to rule on a survival claim.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the circuit court
 erred in holding no duty of care existed as a matter of law: McKnight v.
 Just Care, Inc., 385 S.C. 380, 684 S.E.2d 566 (Ct. App. 2009) (holding that,
 as a matter of law, a treatment center had no duty of care to decedent when
 decedent's suicide occurred nearly a year after discharge).
2. As to all other issues: Futch v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (holding
 that an appellate court need not review remaining issues on appeal when its
 determination of a prior issue is dispositive).
AFFIRMED.
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.